# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0346
LT Case No. 2018-306083-CFDB

_____

ADAM J. RAITS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Matthew R. McLain, of McLain Law, P.A., Longwood, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

August 20, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____